## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL CONWAY, in his capacity as Liquidator of COLORADO HEALTH INSURANCE COOPERATIVE, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 18-1623C<br><br>Judge Hertling |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims ("RCFC") the parties jointly stipulate to the dismissal of this case with prejudice.

In accordance with this Court's Judgment dated October 21, 2019 (ECF No. 23), the Government, through the Judgment Fund, issued full payment to Plaintiff. This payment fully resolves this case.

Based on the foregoing, the parties respectfully request that the Court dismiss this case with prejudice.

Respectfully submitted,

s/ Stephen McBrady
Stephen McBrady
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
SMcBrady@crowell.com

BRIAN M. BOYNTON
Acting Assistant Attorney General

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

| | |
|---|---|
| OF COUNSEL: |  s/ Marc S. Sacks<br>MARC S. SACKS |
| Charles Baek | FRANCES M. MCLAUGHLIN<br>TERRANCE A. MEBANE |
| CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | CHRISTOPHER VANDEUSEN<br>United States Department of Justice<br>Civil Division, Commercial Litigation Branch<br>(202) 307-1104<br>marcus.s.sacks@usdoj.gov |
| Counsel for Plaintiff | *Counsel for the United States* |

January 14, 2022